IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY HANUSCAK,**<br>*Plaintiff,*<br><br>**v.**<br><br>**TEMPLE UNIVERSITY, et al.,**<br>*Defendants.* | **CIVIL ACTION**<br>**NO. 2:26-cv-3404-MMB** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 8th day of October, 2026, upon review of the Motion to Dismiss filed by Defendants Temple University – Of The Commonwealth System of Higher Education, Temple President John Fry, and Temple Professor Mark Salzer, Ph.D., ECF 13, and Plaintiff Jeffrey Hanuscak's Response, ECF 14, for the reasons stated in the accompanying memorandum of law, the following is hereby **ORDERED**:

1. The Motion to Dismiss is **GRANTED** and Plaintiff's Complaint is **DISMISSED** with prejudice as to all claims relating to the alleged device, as well as all Section 1983 claims alleging violation of the Rehabilitation Act and all standalone Rehabilitation Act claims against Defendants Fry and Salzer.
2. Any claims alleging false arrest or malicious prosecution, and any standalone Rehabilitation Act claims against Defendant Temple University are **DISMISSED** with leave to amend.
3. If Plaintiff is prepared to assert additional claims or amend existing claims, he must file an amended complaint within thirty (30) days and must strictly follow the Federal Rules of Civil Procedure.
4. Plaintiff's second response, ECF 15, filed on September 24, 2026, and two memoranda of law, ECFs 16 and 17, both filed on October 7, 2026, are improper and shall be **STRICKEN**

from the record. Under the Pretrial and Trial Procedures governing civil cases, published by Judge Baylson on May 14, 2024, this Court indicates the following: "Surreply briefs are not accepted without leave of the Court and should only be requested if the moving party has asserted new arguments or citations in its reply brief." Plaintiff failed to request leave of the Court to file additional responses to Defendants' Motion to Dismiss. Regardless, because Defendants had not filed a reply, no grounds existed for this Court to allow additional filings.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ Michael M. Baylson___
**MICHAEL M. BAYLSON**
**United States District Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 26\26-3404 Hanuscak v. Temple University\26-3404 Order on MTD.doc